UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

STEPHEN A. HODGSON,

Plaintiff,

v.

DAVID CRIST, Warden,
TIM LANZ,
REGINA STEPNEY,
KARI JO FERGUSON, and
JOHN DOE et al.,

Defendants.

Civil No. 01-2268 (JEL/SRN)

**ORDER**

This matter is before the Court on Plaintiff's request for leave to proceed in forma pauperis, ("IFP"). (Docket Nos. 9 and 10.) Plaintiff has already paid the full $150 filing fee for this action, however, so there is no need for a fee waiver. And service of process has already been affected on the named Defendants, so there is no need for free marshal service, (as provided by 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(2)). Plaintiff states that he "has nearly completed discovery and requires this relief [i.e., IFP status] to serve two additional subpoenas and to prepare for trial in this matter." This vague assertion, by itself, however, does not adequately explain why Plaintiff's IFP application should be granted.

Because Plaintiff has not shown that granting him IFP status in this matter is necessary or appropriate at this time, and the Court cannot independently discern any reason for granting such relief, the current application to proceed IFP will be DENIED.

FILED JUL 16 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Based upon all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

Plaintiff's application for leave to proceed in forma pauperis, (Docket Nos. 9 and 10), is DENIED.

Dated: July 16, 2002

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge