**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Stephen Andrew Hodgson,** **Civil No. 01-2268 (JRT/SRN)**

**Plaintiff,**

**v.** **ORDER**

**David Crist, Warden of MCF-STW;**
**Tim Lanz, Regina Stepney,**
**Kari Jo Ferguson, and John Doe,**

**Defendants.**

---

Stephen Andrew Hodgson, appearing Pro Se

Mark B. Levinger, Esq., on behalf of Defendants

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above entitled matter came before the undersigned United States Magistrate Judge on Plaintiff's Motion for Order to Compel and for Contempt (Doc. No. 20 and 21) with regard to a subpoena served upon Herbert Wensmann. This case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and Local Rule 72.1. For the reasons set forth below, the Court orders Herbert Wensmann to show cause why this Court should not grant Plaintiff's motion.

In conjunction with his Motion, Plaintiff has filed an Affidavit in Support (Doc. No. 21) swearing under oath and subject to penalties of perjury that a subpoena was obtained from the clerk of court and duly served upon Herbert Wensmann by the Dakota County Sheriff's Department on August 7, 2002. The subpoena allegedly served requested the production of the



FILED SEP 2 5 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

following documents on August 28, 2002: "All financial receipts, cancelled checks, bank records, showing any and all funds paid to any party, entity, or company expended for the purchase of property or options: 15280 Eagle Creek Blvd., Prior Lake, Minnesota."

Pursuant to Federal Rule of Civil Procedure 45(c)(2)(B), a party receiving a subpoena has 14 days to serve a written objection upon the party or attorney causing the subpoena to be issued. Here, Herbert Wensmann has neither objected to the subpoena nor supplied the requested documents. Accordingly, Plaintiff made a Motion for Order to Compel and for Contempt that was filed with the Court on September 3, 2002. Herbert Wensmann has also failed to respond to Plaintiff's Motion for Order to Compel compliance with the subpoena and for Contempt. Thus, this Court orders Herbert Wensmann to show cause why it should not grant Plaintiff's motion.

**THEREFORE, IT IS HEREBY ORDERED that:**

1. Herbert Wensmann **SHOW CAUSE** why this Court should not grant Plaintiff's Motion for Order to Compel and for Contempt (Doc. No. 20 and 21) by October 9, 2002.

2. The Clerk's Office shall deliver this order to the following address: Herbert Wensmann, Wensmann Realty Inc., 1895 Plaza Drive, Suite 200, Eagan, Minnesota 55122.

Dated: September 25, 2002

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge