**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Stephen Andrew Hodgson,**

**Plaintiff,**

**v.**

**David Crist, Warden of MCF-STW;**
**Tim Lanz, Regina Stepney,**
**Kari Jo Ferguson, and John Doe,**

**Defendants.**

**Civil No. 01-2268 (JEL/SRN)**

**ORDER**

---

Stephen Andrew Hodgson, appearing Pro Se

Mark B. Levinger, Esq., on behalf of Defendants

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above entitled matter came before the undersigned United States Magistrate Judge on Plaintiff's Motion for Summary Judgment on Counts One and Three of the Complaint (Doc. No. 14). This case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and Local Rule 72.1.

This Court received a motion for summary judgment by Plaintiff on August 22, 2002. Defendants have not responded. In the interest of expediting resolution of this matter and illuminating the issues for decision, Defendants shall respond to Plaintiff's Motion for Summary Judgment on Counts One and Three of the Complaint (Doc. No. 14) and corresponding documents attached hereto by November 22, 2002. The documents attached hereto include: Notice and Motion for Summary Judgment (Doc. No. 14); Memorandum in Support of Summary Relief (Doc. No. 15); Exhibits in Support of Motion for Summary Judgment (Doc. No. 16); and

FILED OCT 24 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________
62

One Additional Exhibit in Support of Summary Judgment (Doc. No. 31).

**THEREFORE, IT IS HEREBY ORDERED that:**

**1.** Defendants shall respond to Plaintiff's Motion for Summary Judgment on Counts One and Three of the Complaint (Doc. No. 14) by November 22, 2002.

Dated: October 23, 2002.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge