UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Stephen A. Hodgson,

Plaintiff,

vs.

David Crist, Warden of MCF-STW, Tim Lanz, Regina Stepney, Kari Jo Ferguson and John Doe,

Defendants.

Civil File No. 01-2268 JRT/SRN

**ORDER**

Before the Court is Defendants' motion to extend the date of filing a dispositive motion from October 31, 2002 to November 22, 2002. The Court finds that the requested extension is proper.

Accordingly, **IT IS HEREBY ORDERED** that Defendants' motion to extend the pretrial scheduling order is **GRANTED**.

Defendants shall file their dispositive motions by November 22, 2002.

Dated: November 8, 2002

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FILED NOV 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______