UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Stephen Andrew Hodgson,

Plaintiff,

v.

Civ. No. 01-2268 (JEL/SRN)
ORDER

David Crist, Tim Lanz, Regina Stepney, Kari Jo Ferguson, and John Doe,

Defendants.

This is an appeal by Stephen A. Hodgson from an Order issued by the Honorable Susan R. Nelson, United States Magistrate Judge, on September 26, 2002. The Magistrate Judge denied Hodgson's motion to compel his sister to comply with a subpoena and for contempt, and quashed a subpoena that required Hodgson's sister to produce certain financial records.

The standard of review applicable to an appeal of a magistrate judge's order on a nondispositive issue is "extremely deferential." *Reko v. Creative Promotions, Inc.*, 70 F. Supp. 2d 1005, 1007 (D. Minn. 1999). The district court must affirm a magistrate judge's order unless it is "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A) (2000); Fed. R. Civ. P. 72(a); D. Minn. R. 72.1(b)(2). "A finding is 'clearly erroneous' when, although there is evidence to support it, the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been committed." *Chakales v. Comm'r of Internal Revenue*, 79 F.3d 726, 728 (8th Cir. 1996) (quoting *United States v. United States Gypsum Co.*, 333 U.S. 364, 395 (1948)).

The Magistrate Judge's decision to deny Hodgson's motion and quash the subpoena was based on several factors, including: (1) Hodgson sought to compel the production of documents that he can obtain on his own initiative; (2) Hodgson's sister is not a party to this action; (3) any

FILED NOV 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

orders that would have prevented Hodgson from seeking the release of the requested documents have been rescinded; and (4) "the subpoena show[ed] at least some hint of the characteristics of a 'fishing expedition.'" The Magistrate Judge's Order, supported by these reasons, was neither clearly erroneous nor contrary to law. Therefore, IT IS ORDERED THAT:

1. Magistrate Judge Nelson's September 26, 2002, Order [Doc. No. 32] is AFFIRMED.

Dated: November 22, 2002

JOAN ERICKSEN LANCASTER
United States District Judge