UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Stephen Andrew Hodgson,

Plaintiff,

v.

Civ. No. 01-2268 (JEL/SRN)
ORDER

David Crist, Tim Lanz, Regina Stepney, Kari Jo Ferguson, and John Doe,

Defendants.

This matter comes before the Court on a Report and Recommendation issued by the Honorable Susan Richard Nelson, United States Magistrate Judge, on December 24, 2002. The Magistrate Judge recommended that Plaintiff's Motion for Summary Judgment on Counts One and Three of the Complaint be denied, and that Defendants' Motion for Summary Judgment be granted. Plaintiff objected to the Report and Recommendation on January 6, 2003, pursuant to D. Minn. R. 72.1(c)(2).

The Court has considered the Plaintiff's objections and has conducted a *de novo* review of the record. Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Plaintiff's Motion for Summary Judgment on Counts One and Three of the Complaint [Docket No. 14] is DENIED.

2. Defendants' Motion for Summary Judgment [Docket No. 44] is GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 23, 2003

JOAN ERICKSEN LANCASTER
United States District Judge

FILED JAN 27 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED JAN 27 2003
CLERK'S INITIALS

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES:

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995