# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

No. 03-1571

Stephen Andrew Hodgson, Sued as Stephen A. Hodgson, *
Appellant, *
v. *
David Crist, Warden of MCF-STW; Tim Lanz, Assistant to the Warden; Regina Stepney, MCF-STW Caseworker; Kari Jo Ferguson, Assistant Attorney General; John Doe, unknown at this time, in their individual and official capacities, *
Appellees. *

CV01-2268 JNE/SRN

Appeal from the United States District Court for the District of Minnesota.

**[UNPUBLISHED]**

Submitted: September 4, 2003
Filed: September 19, 2003

Before RILEY, HANSEN, and SMITH, Circuit Judges.

PER CURIAM.

Minnesota inmate Stephen A. Hodgson (Hodgson) sued defendants under 42 U.S.C. § 1983, claiming they violated his First Amendment rights to free speech and access to the courts, and denied him due process, by issuing "no-contact" orders, without a hearing, which prohibited him from contacting various individuals he

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

alleged had deprived him of property rights. Hodgson further alleged defendants retaliated against him for seeking legal redress by destroying or altering records verifying he had received a GED, thereby blocking him from receiving pay increases at his prison work assignment. The district court[1] granted defendants summary judgment on all counts.

After de novo review, see Owens v. Scott County Jail, 328 F.3d 1026, 1026 (8th Cir. 2003) (per curiam) (standard of review), we conclude summary judgment was appropriate for the reasons set forth in the thorough report and recommendation adopted by the district court.

Accordingly, we affirm. See 8th Cir. R. 47B.

---

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

---

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Susan Richard Nelson, United States Magistrate Judge for the District of Minnesota.