# UNI. .ED STATES COURT OF A. EALS

## FOR THE EIGHTH CIRCUIT

No. 03-1571

| | | |
|---|---|---|
| Stephen Andrew Hodgson, sued as Stephen A. Hodgson,<br><br>Appellant,<br><br>vs.<br><br>David Crist, Warden of MCF-STW; Tim Lanz, Assistant to the Warden; Regina Stepney, MCF-STW Caseworker; Kari Jo Ferguson, Assistant General; John Doe, unknown at this time, in their individual and official capacities,<br><br>Appellees. | * | CV01-2268 JNE/SRN<br><br>Appeal from the United States District Court for the District of Minnesota |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

September 19, 2003

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

NOV 5 2003

JEM